IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J.T. JOHNSONJR., as father of next friend, of Janea Marie Johnson, a minor; and J.T. JOHNSONJR., Individually;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JENNA R. FRIESEN,<br><br>　　　　　Defendant. | 8:19CV322<br><br>**TRIAL SETTING ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1) A Status Conference is scheduled to be held before the undersigned magistrate judge on **February 14, 2022** at **10:00 a.m.** and will be held by telephone conference. Telephone conference instructions are found at Filing No. 27.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 11, 2022** at **10:00 a.m.**, and will be conducted by video conferencing. Video conference instructions are found at Filing No. 71.

3) The jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on May 10, 2022**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

4) The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to bazis@ned.uscourts.gov in Word format, **by 12:00 p.m.** on **April 5, 2022**.

5) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 30th day of August, 2021.

                                        BY THE COURT:

                                        s/ Susan M. Bazis
                                        United States Magistrate Judge