IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

J.T. JOHNSON JR., as father of next friend, of
Janea Marie Johnson, a minor; and J.T.
JOHNSONJR., Individually;

         Plaintiffs,

  vs.

JENNA R. FRIESEN,

         Defendant.

**8:19-CV-322**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 93. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the claims by J.T. Johnson, Jr., as father and next friend of Janea Marie Johnson against Jenna R. Friesen are dismissed. The claims by J.T. Johnson Jr., individually, remain pending with the exception of his loss-of-consortium claim which was previously dismissed, Filing 13. J.T. Johnson, Jr., as father and next friend of Janea Marie Johnson, a minor, is terminated as a party to the case. J.T. Johnson, Jr. in his individual capacity remains as a party to the case.

Dated this 8th day of February, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge