IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J.T. JOHNSONJR., as father of next friend, of J. M. J., a minor; and J.T. JOHNSON JR., Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>JENNA R. FRIESEN,<br><br>Defendant. | 8:19CV322<br><br><br>ORDER |

This matter is before the Court on Plaintiff J.T. Johnson's motion for copies, Filing No. 159, wherein Plaintiff Johnson seeks copies of Filing Nos. 81 and 82 at a discounted rate. The motion is granted in part.

IT IS ORDERED:

1. While there is no right to copies without payment, the Court shall grant Plaintiff's motion only to the extent Plaintiff seeks a copy of Filing Nos. 81 and 82. The Clerk's Office is directed to provide copies of Filing Nos. 81 and 82 to Plaintiff Johnson free of charge.

2. Plaintiff is warned that this is a one-time courtesy and all further requests for copies must be directed to the Clerk's Office. If Plaintiff requires copies of additional documents, he should contact the Clerk's Office to determine the proper method of requesting and paying for copies.

3. Plaintiff Johnson is directed to contact the Clerk's Office to determine any necessary steps to receive electronic filings in this case, if proper.

Dated this 14th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge